**No. 62866.**—J. J. Hayes Company *v.* United States, protest 58/6326 (New York).

Opinion by Donlon, J. The protest was dismissed for lack of prosecution.

**No. 62867.**—Penson & Company *v.* United States, protest 58/3717 (New York).

Opinion by Donlon, J. An examination of the official papers showing that the protest was filed more than 60 days after liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 62868.**—H. W. Ebert Co. *v.* United States, protest 58/5455 (New York).

Opinion by Richardson, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

**No. 62869.**—Goodman & Weinberg *v.* United States, protest 58/6461 (New York).

Opinion by Richardson, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.